TYPE: BLANK    DATE FILED: 03/03/2011    DATE AS OF: 04/01/2011    SUIT STATUS: OPEN

Page : 1

| COUNT | DATE | DESCRIPTION | | PARTY | COSTS | RUNNING TOTALS | DEPOSITS | OTHER PAYEE | PAID DATE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/03/2011 | PAT MORROW | - DEPOSIT | P 1 | | | 450.00 | 000000 | 03/03/2011 | 1705 |
| 2 | 03/03/2011 | JUDGES SUPPLEMENTAL COMP FUND | | P 1 | -21.50 | -21.50 | | 000026 | 03/30/2011 | 40268 |
| 3 | 03/03/2011 | JUDICIAL EXPENSE FUND | | P 1 | -15.00 | -36.50 | | 000027 | 03/30/2011 | 40269 |
| 4 | 03/03/2011 | P-H-REP | | P 1 | -21.50 | -58.00 | | 000001 | 03/30/2011 | 40256 |
| 5 | 03/03/2011 | FILS; PET/ 3 C/C; INDEX | | P 1 | -71.50 | -129.50 | | 000001 | 03/30/2011 | 40254 |
| 6 | 03/03/2011 | 3 CITATIONS; INTERR/ 3 C/C; | | P 1 | -90.00 | -219.50 | | 000001 | 03/30/2011 | 40256 |
| 7 | 03/03/2011 | CLK'S POLICE JURY FEE | | P 1 | -0.75 | -220.25 | | 000001 | 03/30/2011 | 40256 |
| 8 | 03/03/2011 | POLICE JURY FILING FEE | | P 1 | -14.25 | -234.50 | | 009173 | 03/30/2011 | 40304 |
| 9 | 03/03/2011 | PRO BONO PROGRAM FUNDING | | P 1 | -2.85 | -237.35 | | 062855 | 03/30/2011 | 40336 |
| 10 | 03/03/2011 | PRO BONO FUNDING CLERK | | P 1 | -0.15 | -237.50 | | 000001 | 03/30/2011 | 40256 |
| 11 | 03/03/2011 | INDIGENT TRANSCRIPT FUND | | P 1 | -3.00 | -240.50 | | 063789 | 03/30/2011 | 40340 |
| 12 | 03/03/2011 | SUPREME COURT REPORT | | P 1 | -1.50 | -242.00 | | 000001 | 03/30/2011 | 40256 |
| 13 | 03/04/2011 | PL M/O PLACE UNDER SEAL/ 3 C/C | | P 1 | -30.50 | -272.50 | | 000001 | 03/30/2011 | 40256 |
| 14 | 03/09/2011 | DUE SHERIFF E. B. R. PARISH | | P 1 | -29.36 | -301.86 | | 000008 | 03/09/2011 | 40177 |
| 15 | 03/09/2011 | SECRETARY OF STATE | | P 1 | -25.00 | -326.86 | | 000024 | 03/09/2011 | 40178 |
| 16 | 03/09/2011 | DUE SHERIFF E. B. R. PARISH | | P 1 | -25.00 | -351.86 | | 000008 | 03/09/2011 | 40179 |
| 17 | 03/30/2011 | FEE DUE CLERK SHERIFF RET | | P 1 | -6.00 | -357.86 | | 000001 | 03/30/2011 | 40256 |

| | | |
|---|---|---|
| Deposits | 450.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 450.00 |
| Costs | -357.86 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -357.86 |
| Refunds | | 0.00 |
| Ledger Balance: | | 92.14 |
| Escrows | 0.00 | |

| | | |
|---|---|---|
| Deposits | 450.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 450.00 |
| Paid Costs | -357.86 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -357.86 |
| Refunds | | 0.00 |
| Cash Balance: | | 92.14 |
| Escrows | 0.00 | |

tabbies
EXHIBIT
1-A

01:23:54 p.m. 04-01-2011

3379481653

04-01-2011 01:24:10 p.m.

TYPE: BLANK DATE FILED: 03/03/2011 DATE AS OF: 04/01/2011 SUIT STATUS: OPEN

| | PARTY# | NAME | PAYMENT STATUS | ATTORNEY NAME | DEPOSIT | PREPAID DEPOSIT | COST | PREPAID COST | REFUNDS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| P | 1 | OPELOUSAS GENERAL HOSPITAL AUTHORITY DBA | R | MORROW, PATRICK C | 450.00 | 0.00 | -357.86 | 0.00 | 0.00 | [illegible] |
| P | 2 | OPELOUSAS GENERAL HEALTH SYSTEM AKA | R | MORROW, PATRICK C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| D | 1 | FAIRFAY SOLUTIONS INC ETAL | R | UNASSIGNED, UNASSIGNED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| D | 2 | LEMIC INSURANCE COMPANY ETAL | R | UNASSIGNED, UNASSIGNED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| D | 3 | ZURICH AMERICAN INSURANCE COMPANY ETAL | R | UNASSIGNED, UNASSIGNED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] |
| | | | | | 450.00 | 0.00 | -357.86 | 0.00 | 0.00 | 92.1 |

3379481653

| | | |
|---|---|---|
| **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM** | : | **27th JUDICIAL DISTRICT COURT** |
| **VS. NO.** 11-C-1066-A | : | **PARISH OF ST. LANDRY** |
| **FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY** | : | **STATE OF LOUISIANA** |
| **FILED:** ____________________ | : | ____________________ **DEPUTY CLERK** |

**PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

TO: **FAIRPAY SOLUTIONS, INC.**
14295 Midway Road, Suite 300
Addison, Texas 75001

03/03/11 13:29:22
St. Landry Parish Clerk Of Court

Pursuant to Articles 1457-1459, 1461-1462, and all related provisions of the Louisiana Code of Civil Procedure, Plaintiff, **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM**, (hereinafter "Plaintiff"), hereby request that Defendant, **FAIRPAY SOLUTIONS, INC.**(hereinafter called "**FAIRPAY**"), respond fully, in writing and under oath, each of the following interrogatories and requests for production of documents, and serve such responses on Plaintiff's counsel within fifteen (15) days.

**INTERROGATORY NO. 1:**

Please identify by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all documentation (in electronic form, if possible) which identifies by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

EXHIBIT
1-C

Respectfully submitted,

**MORROW, MORROW, RYAN & BASSETT**

By: ____________________
PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, LA 70570-5120
Telephone: (337)948-4483
Facsimile: (337)942-5234

**COX, COX, FILO, CAMEL & WILSON, L.L.C.**
THOMAS A. FILO (#18210)
MICHAEL K. COX (#22026)
723 Broad Street
Lake Charles, LA 70601
Telephone: (337) 436 6611

**MURRAY LAW FIRM**
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
NICOLE MURRAY-IEYOUB (#28088)
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

**STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.**
JOHN S. BRADFORD (#03369)
WILLIAM B. MONK (#09551)
One Lakeside Plaza, Fourth Floor
P.O. Box 2900
Lake Charles, LA 70601
Telephone: (337) 436 9491
Facsimile: (337) 493-7209

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

| | | |
|---|---|---|
| **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM** | : | **27th JUDICIAL DISTRICT COURT** |
| **VS. NO.** 11-C1066-A | : | **PARISH OF ST. LANDRY** |
| **FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY** | : | **STATE OF LOUISIANA** |
| **FILED:** ____________________ | : | ____________________ **DEPUTY CLERK** |

**PLAINTIFFS' INTERROGATORIES**
**AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

To: **LEMIC INSURANCE COMPANY**
Through its agent for service of process:
Mr. Van R. Mayhall, Jr.
Breazeale, Sachse & Wilson
23rd Floor, One American Place
Baton Rouge, Louisiana 70825

03/03/11 13:29:32
St. Landry Parish Clerk Of Court

Pursuant to Articles 1457-1459, 1461-1462, and all related provisions of the Louisiana Code of Civil Procedure, Plaintiff,**OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM**, (hereinafter "Plaintiff"), hereby request that Defendant, **ZURICH AMERICAN INSURANCE COMPANY**, respond fully, in writing and under oath, each of the following interrogatories and requests for production of documents, and serve such responses on Plaintiff's counsel within fifteen (15) days.

**INTERROGATORY NO. 1:**

Please identify by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all documentation (in electronic form, if possible) which identifies by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P O DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

EXHIBIT
tabbies
1-D

Respectfully submitted,

**MORROW, MORROW, RYAN & BASSETT**

By: [signature]
PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, LA 70570-5120
Telephone: (337)948-4483
Facsimile: (337)942-5234

**COX, COX, FILO, CAMEL & WILSON, L.L.C.**
THOMAS A. FILO (#18210)
MICHAEL K. COX (#22026)
723 Broad Street
Lake Charles, LA 70601
Telephone: (337) 436 6611

**MURRAY LAW FIRM**
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
NICOLE MURRAY-IEYOUB (#28088)
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

**STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.**
JOHN S. BRADFORD (#03369)
WILLIAM B. MONK (#09551)
One Lakeside Plaza, Fourth Floor
P.O. Box 2900
Lake Charles, LA 70601
Telephone: (337) 436 9491
Facsimile: (337) 493-7209

| | | |
|---|---|---|
| **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM** | : | **27th JUDICIAL DISTRICT COURT** |
| **VS. NO.** 11-C.1064-A | : | **PARISH OF ST. LANDRY** |
| **FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY** | : | **STATE OF LOUISIANA** |
| **FILED:** ____________ | : | ____________ **DEPUTY CLERK** |

**PLAINTIFFS' INTERROGATORIES**
**AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

To: **ZURICH AMERICAN INSURANCE COMPANY**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

03/03/11 13:29:43
St. Landry Parish Clerk Of Court

Pursuant to Articles 1457-1459, 1461-1462, and all related provisions of the Louisiana Code of Civil Procedure, Plaintiff, **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM**, (hereinafter "Plaintiff"), hereby request that Defendant, **ZURICH AMERICAN INSURANCE COMPANY**, respond fully, in writing and under oath, each of the following interrogatories and requests for production of documents, and serve such responses on Plaintiff's counsel within fifteen (15) days.

**INTERROGATORY NO. 1:**

Please identify by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all documentation (in electronic form, if possible) which identifies by name, address and tax identification number of each Louisiana hospital which has been subject to a Fairpay recommended reduction for any outpatient workers' compensation medical bill from March 1, 2006 through the present date. This request includes only hospitals and does not include ambulatory surgery centers.

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

EXHIBIT
1-E

Respectfully submitted,

MORROW, MORROW, RYAN & BASSETT

By: ______________________

PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, LA 70570-5120
Telephone: (337)948-4483
Facsimile: (337)942-5234

COX, COX, FILO, CAMEL & WILSON, L.L.C.
THOMAS A. FILO (#18210)
MICHAEL K. COX (#22026)
723 Broad Street
Lake Charles, LA 70601
Telephone: (337) 436 6611

MURRAY LAW FIRM
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
NICOLE MURRAY-IEYOUB (#28088)
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.
JOHN S. BRADFORD (#03369)
WILLIAM B. MONK (#09551)
One Lakeside Plaza, Fourth Floor
P.O. Box 2900
Lake Charles, LA 70601
Telephone: (337) 436 9491
Facsimile: (337) 493-7209

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

| | | |
|---|---|---|
| **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM** | : | **27th JUDICIAL DISTRICT COURT** |
| **VS. NO. 11-C-1066-A** | : | **PARISH OF ST. LANDRY** |
| **FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY** | : | **STATE OF LOUISIANA** |
| **FILED:** ____________________ | : | ____________________ **DEPUTY CLERK** |

**PLAINTIFF'S MOTION TO PLACE PETITION UNDER SEAL**

NOW INTO COURT, through undersigned counsel comes, Plaintiff, **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM,** individually and as putative class representative who respectfully moves this Honorable Court, at the request of defendant, **FAIRPAY SOLUTIONS, INC., ("FAIRPAY")** for an order placing the petition filed herein on March 3, 2011 under seal until such time as a hearing can be held on this issue, as follows:

1.

Upon the filing of the petition, a courtesy copy of the lawsuit was forwarded to known counsel for defendant, **FAIRPAY.** Upon review of the petition, **FAIRPAY,** through its counsel, contacted undersigned counsel and alleged that two of the paragraphs contained in the petition contained information that **FAIRPAY** contends is violative of a protective order issued by the Office of Workers' Compensation Hearing Officer Brenza Irving, District 1E, Monroe, Louisiana. Undersigned counsel vehemently disagrees with **FAIRPAY**'s allegation.

2.

Although plaintiff and plaintiff's counsel deny that anything contained in the petition constitutes a violation of any known protective order, plaintiff and plaintiff's counsel, out of an abundance of caution, request that the petition of this matter be placed under seal until such time as the allegations raised by **FAIRPAY** can be addressed by the parties and/or by the Court.

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

EXHIBIT
1-F

WHEREFORE, plaintiff prays that the petition filed herein be kept under seal in a separate file in this record and not to be checked out and/or viewed without Court approval.

Respectfully submitted,

MORROW, MORROW, RYAN & BASSETT

By: ______________________
PATRICK C. MORROW (#09748)
JAMES P. RYAN (#11560)
324 West Landry Street
Opelousas, LA 70570-5120
Telephone: (337)948-4483
Facsimile: (337)942-5234

COX, COX, FILO, CAMEL & WILSON, L.L.C.
THOMAS A. FILO (#18210)
MICHAEL K. COX (#22026)
723 Broad Street
Lake Charles, LA 70601
Telephone: (337) 436 6611

MURRAY LAW FIRM
STEPHEN B. MURRAY (#9858)
STEPHEN B. MURRAY, JR. (#23877)
ARTHUR M. MURRAY (#27694)
NICOLE MURRAY-IEYOUB (#28088)
909 Poydras St., Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.
JOHN S. BRADFORD (#03369)
WILLIAM B. MONK (#09551)
One Lakeside Plaza, Fourth Floor
P.O. Box 2900
Lake Charles, LA 70601
Telephone: (337) 436- 9491
Facsimile: (337) 493-7209

**SERVICE INSTRUCTIONS:**

**Fairpay Solutions, Inc. ("Fairpay")**, Via the Louisiana Long Arm Statute, 14295 Midway Road, Suite 300, Addison, Texas 75001

**LEMIC Insurance Company**, Via is Registered Agent for Service of Process: Mr. Van R. Mayhall, Jr., Breazeale, Sachse & Wilson, 23rd Floor, One American Place, Baton Rouge, Louisiana 70825

**Zurich American Insurance Company**, Via is Registered Agent for Service of Process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

MORROW, MORROW
RYAN & BASSETT
ATTORNEYS AT LAW
324 WEST LANDRY
P. O. DRAWER 1787
OPELOUSAS, LA 70570
(337) 948-4483

| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM | : | 27th JUDICIAL DISTRICT COURT |
|---|---|---|
| VS. NO. 11-C-1066-A | : | PARISH OF ST. LANDRY |
| FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: ____________________ | : | ____________________ DEPUTY CLERK |

**EX PARTE UNOPPOSED ORDER**
**PLACING PETITION UNDER SEAL**

IT IS HEREBY ORDERED that the petition in the above captioned matter be placed under seal and kept in a separate file in the suit record of "*Opelousas General Hospital Authority, a Public Trust, D/b/a Opelousas General v. Fairpay Solutions, Inc., Lemic Insurance Company and Zurich American Insurance Company*", docket number 11-C-1066-A, not to be checked out or opened without Court order until such time as this order is lifted or vacated by the Court.

Thus done and signed in Opelousas, Louisiana, on this 4th day of March, 2011.

JAMES P. DOHERTY, JR.
DISTRICT JUDGE

03/04/11 09:12:24
St. Landry Parish Clerk Of Court

[MOR]ROW, MORROW
[ ]AN & BASSETT
[AT]TORNEYS AT LAW
[32]4 WEST LANDRY
[P.O]. DRAWER 1787
[OPEL]OUSAS, LA 70570
[(3]37) 948-4483

OK

161 Return

CITATION

**STATE OF LOUISIANA**

Opelousas General Hospital, et al — NO. 11-1066-A

VERSUS — 27TH JUDICIAL DISTRICT COURT

**Fairpay Solutions, Inc., et al** — PARISH OF ST. LANDRY

**TO THE DEFENDANT** LEMIC Ins. Company, through its registered agent For service of process: Mr. Van R. Mayhall, Jr., 23rd Floor, One American Place, Baton Rouge, La.70825

You are hereby summoned to comply with the demand contained in the ORIGINAL PETITION/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS and Plaintiff's motion/Order to Place Under Seal petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen(15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, this 3 day of March, A. D. 20 11.

Issued and delivered March 3, 2011

Pearl Stelly
Deputy Clerk of Court

**REQUESTED BY: Patrick Morrow**

RETURNED AND FILED 3-31-11
Deputy Clerk of Court

I received a certified copy of the within proceeding 3/15/11 20 11 and on the 16 day of March served said copy on the within Van R. Mayhall Jr. by handing in this Parish of East Baton Rouge in person said copy to
S. Dеrosa #1006
Deputy Sheriff, Parish of East Baton Rouge, La

RECEIVED
MAR 15 2011
E.B.R. SHERIFF'S OFFICE

EXHIBIT
1-G

OK

CITATION

**STATE OF LOUISIANA**

Return

Opelousas General Hospital, et al — NO. 11-1066-A

VERSUS — 27TH JUDICIAL DISTRICT COURT

**Fairpay Solutions, Inc., et al** — PARISH OF ST. LANDRY

**TO THE DEFENDANT** Zurich American Ins. Co. Through its registered Agent for service of process, Secretary of State, 8585 Archives Ave., Baton Rouge, La. 70809

You are hereby summoned to comply with the demand contained in the ORIGINAL PETITION/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS petition/of which a true and correct copy (exclusive of exhibits) and Plaintiff's motion/Order To Place under seal accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen(15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, this 3 day of **March**, A. D. 20**11**.

Issued and delivered **March 3, 2011**

Pearl Stelly
Deputy Clerk of Court

**REQUESTED BY: Patrick Morrow**

MAR 15 2011

I made service on the named party through the Office of the Secretary of State by tendering a copy of this document to
☐ JULIE NESBITT ☑ TAMMY GLOVER ☐ MEGHAN SHANKS

E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

3-24-11
Glenda H. Chenier

RECEIVED
MAR 14 2011
EBR SHERIFF'S OFFICE

EXHIBIT 1-H

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM,** | § | |
| ***Plaintiff,*** | § | **NO. ________________** |
| v. | § | |
| **FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY,** | § | |
| ***Defendants.*** | § | |

**DESCRIPTION OF RELATED ACTIONS KNOWN TO FAIRPAY SOLUTIONS, INC.**

1. FAIRPAY SOLUTIONS, INC. *v.* WILLIS-KNIGHTON MEDICAL CENTER, CHRISTUS HEALTH NORTHERN LOUISIANA, SURGICAL SPECIALTY CENTER, LCC, ARKLAMISS SURGERY CENTER, SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION, LAFAYETTE GENERAL MEDICAL CENTER, INC., CHRISTUS HEALTH CENTRAL, GENERAL HEALTH SYSTEM, CHRISTUS HEALTH SOUTHWESTERN LOUISIANA, LAFAYETTE GENERAL SURGICAL HOSPITAL LLC, CHRISTUS CABRINI SURGERY CENTER, LCC, CHRISTUS HEALTH CENTRAL, WEST LOUISIANA HEALTH SERVICES, INC., LANE MEMORIAL HOSPITAL FOUNDATION, HOSPITAL SERVICE DISTRICT NO. 1 OF POINTE COUPEE, LOUISIANA, INC., ST. TAMMANY HOSPITAL FOUNDATION, WEST CALCASIEU HOSPITAL FOUNDATION, EAST JEFFERSON HOSPITAL FOUNDATION, IBERIA MEDICAL CENTER FOUNDATION, OPELOUSAS GENERAL HOSPITAL FOUNDATION, OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC., OUR LADY OF THE LAKE HOSPITAL, INC., PARK PLACE SURGERY CENTER, LLC, FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM, INC., SURGERY CENTER INC., TERREBONNE GENERAL HOSPITAL AUXILARY, THIBODAUX REGIONAL NETWORK DEVELOPMENT CORPORATION, TOURO INFIRMARY, WEST JEFFERSON HOSPITAL FOUNDATION, OCHSNER BAPTIST MEDICAL CENTER, LCC, OCHSNER MEDICAL CENTER – KENNER, LLC, OCHSNER MEDICAL CENTER – WESTBANK, LLC, OCHSNER BAYOU, LLC, and OCHSNER CLINIC, LLC,; ***SUIT NO.: 5:10-CV-01494; UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA, SHREVEPORT DIVISION***

EXHIBIT
tabbles
1-I