UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM, | § § § § § | |
| Plaintiff, | § | NO. _____ |
| v. | § § | |
| FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | |

## CONSENT TO REMOVAL

I am a duly authorized representative of Defendant _LEMIC INSURANCE Co._ in the above action, and on behalf of that entity, I consent to the removal of this cause from St. Landry Parish to the United States District Court for the Western District of Louisiana.

DATED this 1st day of April, 2011.

_____
Printed Name: _DANIEL L. LASTRAPES, II. P._

**EXHIBIT 2-A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, d/b/a OPELOUSAS GENERAL HEALTH SYSTEM <br>     *Plaintiff* <br><br> **VERSUS** <br><br> FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY <br>     *Defendants.* | * <br> * <br> * <br> * <br> NO. <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ZURICH AMERICAN INSURANCE COMPANY'S CONSENT TO REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Zurich American Insurance Company, who, reserving all objections and defenses which may be available to same in the proceeding pending in the 27th Judicial District Court consents to the removal of this action to this Honorable Court.

Respectfully Submitted,

JANICE B. UNLAND (12982)
RABALAIS, **UNLAND & LORIO**
200 CAROLINE COURT
COVINGTON, LOUISIANA 70433
TELEPHONE: (985) 893-9900
ATTORNEYS FOR THE DEFENDANT,
ZURICH AMERICAN INSURANCE COMPANY



EXHIBIT 2-B