WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

FEB 2 5 2013

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| OPELOUSAS GENERAL HOSPITAL AUTHORITY, A PUBLIC TRUST, D/B/A OPELOUSAS GENERAL HEALTH SYSTEM, | * * * * * | CIVIL ACTION: 6:11-cv-00523 |
| *Plaintiff,* v. | * * * | |
| FAIRPAY SOLUTIONS, INC., LEMIC INSURANCE COMPANY AND ZURICH AMERICAN INSURANCE COMPANY, | * * * * * | JUDGE HAIK MAGISTRATE JUDGE HILL |
| *Defendants,* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion to dismiss filed by the parties in this matter,

It is hereby ORDERED that this matter be dismissed without prejudice with each party to bear its own costs.

Signed this 25th day of February, 2013, in Lafayette, Louisiana.

JUDGE RICHARD T. HAIK, SR.